CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKe
MAR 3 1 2009
JOHN F. CORCORAN, CLERK
BY: HMcDonaQo
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**DWIGHT LEWIS,**
    Petitioner,

Civil Action No. 7:08-cv-00568

**FINAL ORDER**

v.

By:   Hon. Jackson L. Kiser
       Senior U.S. District Judge

**JUDGE WILLIAM ALEXANDER, II, et al.,**
    Respondents.

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the petitioner's motion for a writ of mandamus (docket #1), which the court construes as a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED without prejudice** for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

**ENTER:** This 31st day of March, 2009.

    /s/ Jackson L. Kiser
    Senior United States District Judge